STATE v. SAFRIT

No. 411P00

Case below: 139 N.C.App. 452

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 2000.

STATE v. SMITH

No. 321PA00

Case below: 138 N.C.App. 605

Petition by Attorney General for writ of supersedeas allowed 5 October 2000. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 5 October 2000.

STATE v. TAYLOR

No. 357P00

Case below: 138 N.C.App. 711

Petition by defendant (Zachary Taylor) for discretionary review pursuant to G.S. 7A-31 denied 5 October 2000.

STATE v. WHITE

No. 353P00

Case below: 138 N.C.App. 711

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 2000.

STEG v. STEG

No. 354PA00

Case below: COAP00-497

Petition by defendant for writ of supersedeas allowed 24 August 2000. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 24 August 2000.